From: Sandra Garrett sgarrett@grs-emr.com
Subject: FW: Response to Notice of Default
Date: May 1, 2014 at 5:23 PM
To: Raymond Mcilwain rmcilwain@aveshka.com, Girish Jindia gjindia@aveshka.com
Cc: Zuppone, Michael MichaelZuppone@paulhastings.com

Dear Ray and Girish,

It was unnecessary to send a letter of default especially when you made the offer below to expand the deadline for payment until the end of May. We accepted that offer and proceeded accordingly. We now assume that you will retract the Default Notice until the end of May in the event that we cannot make the interest payment.

Our offer for conversion was made in the spirit of moving our Company forward. As will be discussed when you speak with our counsel Michael Zuppone, we have been engaged in discussions since January with potential investors who ultimately declined due to the convertible note. We are between a "rock and a hard place" in trying to raise investment capital to, at a minimum, remain current with our obligations to Aveshka. Putting us in default helps no one.

Ray, Mr. Zuppone will contact you tomorrow to schedule a time to speak on these issues. Girish let's set aside a time to speak as we suggested in our prior correspondence.

Sandi

From: Raymond Mcilwain [mailto:rmcilwain@aveshka.com]
Sent: Friday, April 25, 2014 10:03 AM
To: Sandra Garrett; Conor Cafferty; Girish Jindia
Cc: Julie Garrett; Richard W Hunt
Subject: RE: Interest Payment

Hello Sandra:

Thank you for your response. We propose the following: (1) If GRS pays the outstanding invoice for services provided ($44,777.00) by April 30, 2014; (2) Aveshka will extend the due date for the interest payment to May 31, 2014 with no additional interest or fees; (3) If GRS cannot make the outstanding invoice payment by April 30, 2014, both invoices will be due on May 31, 2014 with a 10% fee.

Please advise if this is doable and whether payment will be made on April 30.

Thank you.

Best regards,

--------------------------------

Raymond Mcilwain | Vice President, Contracts – General Counsel
Email: rmcilwain@aveshka.com | Linked In: Aveshka, Inc./LinkedIn
Aveshka, Inc. | 4075 Wilson Boulevard, Suite 800 | Arlington, VA 22203
O 571-814-5703 | F 571-814-5699 | www.aveshka.com

Exhibit 11

**Conor Cafferty**
Aveshka Payment
May 28, 2014 at 2:40 PM

Girish Jindia , Raymond McIlwain

Hi Rich:

Hope all is well. Ray/Girish forwarded me the last correspondence you have had regarding the interest payment and outstanding invoice. For your reference, I have attached a spreadsheet that details what is due.

I'm planning my cash flow for next week and just wanted to confirm that we would be receiving this. I have no problem picking up the check in person so just let me know and we can coordinate.

Thanks!

**CONOR CAFFERTY** | FINANCE AND CONTRACTS
Email: ccafferty@aveshka.com | LinkedIn: Aveshka, Inc. | LinkedIn
Aveshka, Inc. | 4075 Wilson Boulevard, Suite 800 | Arlington, VA 22203

GRS Interest Calculation                                8%           0.02192%

|        |         | Amount          | Days   | Interest Through 5/31/14 |
|--------|---------|-----------------|--------|--------------------------|
| 11/1/13 | Balance | $ 2,500,000.00 | 211.00 | $ 115,616.44            |
|        |         | $ 2,500,000.00 |        | $ 115,616.44            |

| Daily Interest on $2.5M | $ 547.95 |

| Total Interest Due on 05/31/2014 |
| $ 115,616.44 |

| Subcontract Invoice Due on 05/31/2014 |
| $ 44,777.00 |

| Total Fee Due on 05/31/2014 |
| $ 16,039.34 |

| Total Due to Aveshka on 05/31/2014 |
| $ 176,432.78 |