UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **AVESHKA, INC.** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:14-cv-01006 GBL-IDD |
| | : | |
| **GLOBAL RECORD SYSTEMS, LLC** | : | |
| | : | |
| Defendant. | : | |

### DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY COUNT III

Defendant Global Record Systems, LLC, by counsel, pursuant to Fed. R. Civ. P. 12(b)(6) and the Court's inherent authority, hereby moves to dismiss, or in the alternative, stay, Count III of Plaintiff Aveshka, Inc.'s Complaint. Defendant incorporates herein in full its contemporaneously-filed Memorandum in Support of Motion to Dismiss or, in the Alternative, Stay Count III.

GLOBAL RECORD SYSTEMS, LLC
by Counsel

 /s/ *Stephen D. Charnoff* _____
Stephen D. Charnoff (VSB No. 65329)
REES BROOME, PC
1900 Gallows Rd.
Suite 700
Tysons Corner, VA 22182
(703) 790-1911 (telephone)
(703) 356-0527 (facsimile)
scharnoff@reesbroome.com
*Counsel for Defendant Global Record Systems, LLC*

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 12th day of September, 2012, I will electronically file this pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Michael C. Montavon, Esq.
    Michael C. Montavon, P.C.
    P.O. Box 496
    Clifton, VA 20124-0496
    (703) 352-2550 (telephone)
    (703) 995-0277 (facsimile)
    mcm@montavonlaw.com
    *Counsel for Plaintiff Aveshka, Inc.*

    Marc A. Busman, Esq.
    Busman & Busman, P.C.
    P.O. Box 7514
    Fairfax Station, VA 22039
    (703) 503-8088 (telephone)
    (703) 425-8487 (facsimile)
    mbusman@busmanandbusman.com
    *Counsel for Plaintiff Aveshka, Inc.*

      GLOBAL RECORD SYSTEMS, LLC
      by Counsel

       /s/ ***Stephen D. Charnoff***
      Stephen D. Charnoff (VSB No. 65329)
      REES BROOME, PC
      1900 Gallows Rd.
      Suite 700
      Tysons Corner, VA 22182
      (703) 790-1911 (telephone)
      (703) 356-0527 (facsimile)
      scharnoff@reesbroome.com
      *Counsel for Defendant Global Record Systems, LLC*

K:\07\07725\00001\PLDNGS\140912 Motion to Dismiss Count III (v.1).docx