UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AVESHKA, INC. | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No. 1:14cv1006 |
| | ) GBL/IDD |
| GLOBAL RECORD SYSTEMS, LLC | ) |
| | ) |
| **Defendant.** | ) |

## PLAINTIFF'S MOTION TO COMPEL AND IMPOSE SANCTIONS

COMES NOW the Plaintiff, Aveshka, Inc. ("Aveshka"), by counsel, and respectfully requests this Honorable Court to compel the Defendant, Global Record Systems, LLC ("GRS"), to comply with this Court's Order entered December 16, 2014, and to impose appropriate sanctions against GRS for its non-compliance.  The basis for this Motion is set forth in the accompanying *Memorandum in Support of Plaintiff's Motion to Compel and Impose Sanctions*, which is incorporated herein by this reference.

Respectfully submitted,
Aveshka, Inc.
By Counsel

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Michael C. Montavon, VSB #16928 | Marc A. Busman, VSB #13030 |
| Counsel for Aveshka, Inc. | Co-counsel for Aveshka, Inc. |
| MICHAEL C. MONTAVON, P.C. | BUSMAN & BUSMAN, P.C. |
| P.O. Box 496 | P.O. Box 7514 |
| Clifton, VA  20124-0496 | Fairfax Station, VA  22039 |
| 703.352.2550 (phone) | 703.503.8088 (phone) |
| 703.995.0277 (fax) | 703.425.8487 (fax) |
| mcm@montavonlaw.com | mbusman@busmanandbusman.com |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of May, 2015, I will electronically file the foregoing Motion to Compel and Impose Sanctions with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel for the Defendant, Global Record Systems, LLC:

> Stephen D. Charnoff, Esquire
> REES BROOME, PC
> 1900 Gallows Road, Suite 700
> Tysons Corner, VA 22182
> scharnoff@reesbroome.com
> Counsel for Defendant Global Record Systems, LLC

_____/s/_____

Marc A. Busman, VSB #13030
Counsel for Aveshka, Inc.
BUSMAN & BUSMAN, P.C.
P.O. Box 7514
Fairfax Station, VA  22039
703.503.8088
703.425.8487 (fax)
mbusman@busmanandbusman.com