UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| AVESHKA, INC. | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:14-cv-01006 GBL-IDD |
| | : | |
| GLOBAL RECORD SYSTEMS, LLC | : | |
| | : | |
|     Defendant. | : | |

## MEMORANDUM IN SUPPORT OF PROTECTIVE ORDER

Defendant Global Record Systems, LLC, by counsel, and non-party Sandra Garrett, pursuant to Fed. R. Civ. P. 26 and 30, as their grounds for moving for a protective order to limit any resumed deposition of Sandra Garrett, which began on April 1, 2015, or second deposition of Sandra Garrett, to (1) subject matter not encompassed by the November 6, 2014 Notice of Post-Judgment Deposition on Oral Examination, attached as Exhibit 1 to Defendant's Opposition to Motion for Sanctions and to Compel Continuation of Deposition (filed at Docket 43), (2) subject matter not encompassed by any other Fed. R. Civ. P. 30(b)(6) notice issued by Plaintiff to Defendant in this case, and (3) subject matter properly inquired about pursuant to Fed. R. Civ. P. 26, incorporate by reference the content of Defendant's Opposition to Motion for Sanctions and to Compel Continuation of Deposition (filed at Docket 43).

GLOBAL RECORD SYSTEMS, LLC
SANDRA GARRETT
by Counsel

 /s/ *Stephen D. Charnoff*
Stephen D. Charnoff (VSB No. 65329)
REES BROOME, PC
1900 Gallows Rd.
Suite 700
Tysons Corner, VA 22182
(703) 790-1911 (telephone)
(703) 356-0527 (facsimile)
scharnoff@reesbroome.com
*Counsel for Defendant Global Record Systems, LLC and non-parties Sandra Garrett, Bruce Garrett, and Julie Garrett*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of May, 2014, I will (1) <u>hand-deliver</u> this pleading to Marc Busman, Esq. at 7012 Wolf Run Shoals Rd., Fairfax Station, Virginia, 22039 and (2) electronically file this pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

      Michael C. Montavon, Esq.
      Michael C. Montavon, P.C.
      P.O. Box 496
      Clifton, VA 20124-0496
      (703) 352-2550 (telephone)
      (703) 995-0277 (facsimile)
      mcm@montavonlaw.com
      *Counsel for Plaintiff Aveshka, Inc.*

      Marc A. Busman, Esq.
      Busman & Busman, P.C.
      P.O. Box 7514
      Fairfax Station, VA 22039
      (703) 503-8088 (telephone)
      (703) 425-8487 (facsimile)
      mbusman@busmanandbusman.com
      *Counsel for Plaintiff Aveshka, Inc.*

            GLOBAL RECORD SYSTEMS, LLC
            SANDRA GARRETT
            by Counsel

             /s/ *Stephen D. Charnoff*
            Stephen D. Charnoff (VSB No. 65329)
            REES BROOME, PC
            1900 Gallows Rd.
            Suite 700
            Tysons Corner, VA 22182
            (703) 790-1911 (telephone)
            (703) 356-0527 (facsimile)
            scharnoff@reesbroome.com
            *Counsel for Defendant Global Record Systems, LLC and non-parties Sandra Garrett, Bruce Garrett, and Julie Garrett*

K:\07\07725\00001\PLDNGS\150514 Memorandum in Support of Motion for Protective Order.docx