UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| AVESHKA, INC. | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:14-cv-01006 GBL-IDD |
| GLOBAL RECORD SYSTEMS, LLC | : | |
| Defendant. | : | |

**CONSENT ORDER**

THIS MATTER having come before the Court upon Defendant Global Record Systems, LLC's ("Defendant") Consent Motion to Modify Consent Order Regarding Disposition of Collateral (the "Motion"), and

IT APPEARING TO THE COURT that Plaintiff Aveshka, Inc. consents to the relief sought in the Motion, and that the Motion should be granted for the reasons stated in the Memorandum of Support, it is hereby

ORDERED that Defendant's Consent Motion to Modify Consent Order Regarding Disposition of Collateral is GRANTED, and it is hereby

ORDERED that the penultimate sentence in Paragraph 9 of the December 16, 2014 Consent Order Regarding Disposition of Collateral (Dkt. 34) is modified and replaced such that it states, in its entirety, as follows: "GRS shall transmit to Aveshka, by counsel, by e-mail, a copy of the auction contract signed by GRS, and sufficient notice of such auction shall be deemed received by Aveshka upon receipt of such contract signed by GRS so long as it is received by Aveshka on or before May 23, 2015," and it is hereby

ORDERED that no other portion of the December 16, 2014 Consent Order Regarding Disposition of Collateral is modified by this Consent Order.

ENTERED this \_\_\_\_ day of May, 2015.

_____
The Hon. Gerald Bruce Lee
District Court Judge for the United States District
Court for the Eastern District of Virginia

Copies to:

Stephen D. Charnoff (scharnoff@reesbroome.com)
*Counsel for Defendant*

Michael C. Montavon (mcm@montavonlaw.com)
*Counsel for Plaintiff*

Marc A. Busman (mbusman@busmanandbusman.com)
*Counsel for Plaintiff*